Case: 1:24-cr-00508 Document #: 1 Filed: 10/29/24 Page 1 of 4 PageID #:356



FILED
10/29/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cr-00508
Judge Matthew F. Kennelly
Magistrate Judge Beth W. Jantz
RANDOM / Cat. 4

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **<u>UNDER SEAL</u>** |
| v. | No. |
| EDERGIL FIGUEROA, STANLEY ESTRADA, and ALBERTO RAMOS | Violation: Title 21, United States Code, Section 841(a)(1) |

## <u>COUNT ONE</u>

The SPECIAL MAY 2024 GRAND JURY charges:

On or about January 22, 2021, at Chicago Ridge, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDERGIL FIGUEROA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about June 17, 2021, at Chicago Ridge, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDERGIL FIGUEROA,
STANLEY ESTRADA, and
ALBERTO RAMOS,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about January 17, 2022, at Chicago Ridge, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDERGIL FIGUEROA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about March 16, 2022, at Cicero, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDERGIL FIGUEROA,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
ACTING UNITED STATES ATTORNEY

4